NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NJOY, LLC,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**JUUL LABS, INC.,**
*Intervenor*

---

2025-1735

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1372.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                    NJOY, LLC v. ITC

(2)  Each side shall bear their own costs.

FOR THE COURT

July 11, 2025                          Jarrett B. Perlow
Date                                   Clerk of Court

**ISSUED AS A MANDATE:** July 11, 2025